UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80197-RAR

UNITED STATES OF AMERICA

vs.

BRETT HIRSCH,

        Defendant.
_____/

## AGREED FACTUAL BASIS FOR GUILTY PLEA

Beginning in or around approximately January 2017 and continuing through approximately June 2019, in Palm Beach County, the Southern District of Florida, and elsewhere, the defendant, BRETT HIRSCH ("HIRSCH"), knowingly and willfully conspired and agreed with others to solicit and receive illegal health care kickbacks, in violation of Title 18, United States Code, Section 371. Medicare is a "health care benefit program" as defined in Title 18, United States Code, Section 24. Furthermore, Medicare is a health care benefit program affecting commerce.

HIRSCH owned and operated Alite Medical Solutions, LLC, a Florida corporation with its principal place of business in the Southern District of Florida. HIRSCH was a patient broker who referred Medicare beneficiaries to laboratories in exchange for bribes and kickbacks. The laboratories included LabSolutions, LLC, Clio Laboratories, LLC and Performance Laboratories LLC (the "Labs"). In exchange for referring the beneficiaries to the Labs, the Labs paid the Defendant a kickback based on a set percentage of the amount they received from Medicare for performing the tests. These kickbacks were paid to HIRSCH and Alite Medical Solutions, LLC

by means of cash and by check and wires. From January 2017 to June 2019, HIRSCH was paid approximately $2,532,242 in kickbacks.

HIRSCH referred the Medicare beneficiaries to the Labs for genetic testing. HIRSCH understood that the tests were not medically necessary, and that the tests were not ordered by a physician treating the beneficiary for any specific medical problem, symptom, illness or diagnosis. Instead, HIRSCH knew that the beneficiaries were recruited in a variety of ways, including through call centers and health fairs, to receive the tests. HIRSCH understood that the tests were ordered by doctors, including telemedicine doctors, who were not going to use the results in the management of the beneficiary's specific medical problems. HIRSCH knew that the Labs billed Medicare for the genetic tests.

HIRSCH also recruited other individuals to refer beneficiaries to the Labs. Defendant received an "override" fee from the Labs, which equated to a percentage of the amount the Labs received from Medicare for performing the tests, for beneficiaries those individuals referred to the Labs.

As a result of HIRSCH's participation in the conspiracy as a patient broker, Medicare paid the Labs approximately $4,624,456 they were not entitled to receive, based on patients procured through kickbacks.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. It does not include all of the facts known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily and because I am in fact guilty of the crimes charged.

DATE: 9/10/19

_____
BRETT HIRSCH
Defendant

_____
MICHAEL WEINSTEIN, ESQ.
Attorney for Defendant

_____
TIMOTHY P. LOPER
Trial Attorney