UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-CR-80197-RUIZ**

**UNITED STATES OF AMERICA**

v.

**BRETT HIRSCH,**

       **Defendant.**

## NOTICE ON FINAL FORFEITURE

Pursuant to 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure, the United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby files this notice on final forfeiture:

1. On May 13, 2020, pursuant to 18 U.S.C. § 982(a)(7), the Court entered an Amended Preliminary Order of Forfeiture, ECF No. 30, forfeiting, subject to third-party interests, the following property to the United States (collectively, the "Property"):

(a). Pursuant to 18 U.S.C. § 982(a)(7) and Rule 32.2 of the Federal Rules of Criminal Procedure, a forfeiture money judgment in the amount of $2,532,242.00 is hereby entered against the Defendant, and

(b). The approximately $275,000.00, which is currently in the custody of the United States in accordance with the Plea Agreement, should be forfeited to the United States and credited toward Defendant's forfeiture money judgment of $2,532,242.00.

2. Notice of the criminal forfeiture was posted on an official government internet site (www.forfeiture.gov) for a period of 30 days, from June 12, 2020, until July 11, 2020.  *See* Decl.

of Publication, ECF No. 41; 21 U.S.C. § 853(n)(1); Fed. R. Crim. P. 32.2(b)(6).

3. Direct notice was sent to any person who reasonably appeared to be a potential claimant withstanding to contest the forfeiture of the Property, or such person was on actual notice of the forfeiture. *See* Fed. R. Crim. P. 32.2(b)(6); *accord* 21 U.S.C. § 853(n)(1).

4. The notice described the Property and advised that any person, other than the Defendant, asserting a legal interest in the Property may petition the Court for a hearing to adjudicate the validity of that person's alleged interest, within 60 days of the first day of publication or within 30 days of receipt of notice, whichever is earlier. Fed. R. Crim. P. 32.2(b)(6); 21 U.S.C. § 853(n)(2).

5. The time period for filing a petition claiming an interest in the Property has expired, and no petition or claim has been filed.

6. The Preliminary Order of Forfeiture stated that upon notice from the United States that no claims have been filed within 60 days of the first day of publication or within 30 days of receipt of actual notice, whichever is earlier, then the Preliminary Order of Forfeiture shall become a Final Order of Forfeiture and any duly authorized agency shall dispose of the Property in accordance with applicable law.

7.   Accordingly, the Property is now finally forfeited, and all right, title, and interest in such Property is vested in the United States.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   *s/ Richard O.I. Brown*
RICHARD O.I. BROWN
Assistant United States Attorney
Admin. Bar No.: A5500257
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1053
FAX: (561) 820-8777
Email: richard.brown@usdoj.gov