UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-80197-RAR

**UNITED STATES OF AMERICA**,

vs.

**BRETT HIRSCH,**

   Defendant.
_____/

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR SELF SURRENDER

**THIS CAUSE** is before the Court on Defendant's Unopposed Motion for Extension of Time for Self-Surrender, filed on May 14, 2021 [ECF No. 43] ("Motion"). After carefully considering the Motion and the record, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED.** Defendant Brett Hirsch's surrender date for service of sentence at the institution designated by the Bureau of Prisons and/or the U.S. Marshal for this District is hereby extended to **November 17, 2021**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 17th day of May, 2021.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE

cc:   counsel of record